

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 24  AM 11: 45

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELSTON ROBERSTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-2489** |
| **WARDEN TAPPIN** | **SECTION "T" (4)** |

## O R D E R

The Court having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's Opposition to the Magistrate's Report and Recommendation, finds that no new issues of law or fact have been raised and hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that petition of Elston Robertson for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 23rd day of February, 2006.

G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
 X   Dktd _____
___ CtRmDep _____
___ Doc. No _____